Clerk, U.S. District Court
Southern District of Texas
FILED

JUL 14 2011

A091 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

V.

**Jose Antonio IRUEGAS-Valdez**

**CRIMINAL COMPLAINT**

Case Number: C - 11-838 m

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about    **January 30, 2011**   in    **Nueces**    County, in the
                                                        (Date)

Southern    District of    Texas    defendant,    **Jose Antonio IRUEGAS-Valdez**

a Native and Citizen of Mexico and an alien who had been previously deported from the United States was found unlawfully present in the United States near Corpus Christi, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of Homeland Security of the United States for application by the defendant for lawful readmission into the United States,

in violation of Title    **8**    United States Code, Section(s)    **1326**    .

I further state that I am a(n)    **Special Agent**    and that this complaint is based on the
                                        Official Title
following facts:

On January 30, 2011, Jose Antonio IRUEGAS-Valdez was arrested by Corpus Christi Police for wreckless driving. Subject provided an address in Corpus Christi as his place of residence. Record Checks revealed subject is a Citizen of Mexico, who was Deported from the United States for having been convicted of an Aggravated Felony. On January 2, 2007, Subject was encountered by Immigration Officers at the TDCJ facility in Huntsville, Texas. Subject was proceesed for removal and notified that he could never return to the USA for having been convicted of an Aggravated Felony. Subsequently, subject was Deported from the USA to Mexico via the Laredo, Texas, Port of Entry on January 4, 2007. A query of CLAIMS by name and by A-File was negative for any petitions including an I-212. Therefore, no evidence has been discovered that suggests IRUEGAS requested permission (Application Form I-212) from the Secretary of the Department of Homeland Security for permission to lawfully enter the United Sates. AUSA Ken Cusick approved prosecution.

_____
Signature of Complainant
**Eric McCall**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**July 14, 2011**                                    at    Corpus Christi, Texas
Date                                                          City and State

**B. Janice Ellington   U.S. Magistrate Judge**    _____
Name and Title of Judicial Officer  .                Signature of Judicial Officer