IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
OCT 26 2011
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. C-11-784 |
| Jose Antonio Iruegas-Valdez | § | |

## CONSENT TO PLEA OF GUILTY BEFORE
## UNITED STATES MAGISTRATE JUDGE

I, Jose Antonio Iruegas-Valdez, the defendant in the above-numbered and styled cause, after consulting with my attorney, hereby waive my right to plead guilty before a United States District Judge, and consent to plead guilty pursuant to Fed. R. Crim. P. 11 before a United States Magistrate Judge. I understand that my plea is subject to review and acceptance by the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 26th day of October 2011.

_____
Defendant

_____
Attorney for Defendant

Consent granted by United States:

_____
Assistant United States Attorney