To: Hon. Judge Nelva Gonzalez Ramos
U.S. District Court - Southern Dist. of Texas
Corpus Christi Division
800 N. Shoreline Dr.
Corpus Christi Texas 78401

12-29-11

Docket # 2-11-00784-5-001

From: Jose Antonio IRUEGAS-Valdez
# 81100336 - G#3 Sep.
P.O. Box 1367
Robstown, Tx. 78380

United States Courts
Southern District of Texas
FILED
JAN 04 2012
David J. Bradley, Clerk of Court

Hon. Judge Ramos,

I am writing to you in Regards to the petition I filed on 12-26-11. First and Foremost, I would like to state to the Courts that I Never Intended to paint a picture to the Court of My Attorney As Being A Bad Guy, or Subjecting me to Ineffective Assistance of Counsel, Because He did Inform Me of the Cultural Assimilation, in Regards to the Immigration Reform Act. I was Just Stressed out, Because I felt that The Guidelines were Miscalculated in My P.S.I. And At the Time I could Not Reach My Attorney, And I Got Paranoid And Frustrated, And I Acted In An Attempt to Help Myself. I do wish to Assert That I wish To Apologize To the Courts, For My Actions. As well I wish to Apologize to Mr. Flores, And I would Like To Keep Him As My Legal Counsel. I wish To State that I Have Since Made Contact with Mr. Flores, And He Has Assured Me, He will come to the Coastal Bend Detention Center, To Speak with Me in Regards To Any objections with My P.S.I.

Again, Please Accept My Apology your Honor, And I Have Issued an Apology To Mr. Flores As well, And Again I would Like To Have Mr. Flores To Continue To Represent Me in This Matter, To which I Am Satisfied with The Representation To which He is providing Me with.

Respectfully Submitted,
s/ Jose Antonio Iruegas Valdez
Defendant's Signature

United States Courts
Southern District of Texas
FILED

JAN 0 4 2012

David J. Bradley, Clerk of Court

To: Clerk of Court
U.S. District Court
800 N. Shoreline Dr.
Corpus Christi, Tx. 78401

12-29-11

Docket # 2-11-00784-5-001

From: Jose Antonio IRUEGAS-Valdez
#811070336-G-#3
P.O. Box 1367
Robstown, Tx. 78380

Clerk,
 Enclosed, Please Find A Handwritten Letter of Apology To The Hon. Judge Nelva Gonzalez Ramos, for the petition I filed Back on 12-26-11. I would Ask That This Clerk File This Letter Into Court Record, And Issue A Copy To The Hon. Judge Nelva G. Ramos, And A Copy To Mr. Gerardo Carlos Flores, of The Public Defenders Office, At 606 N. Carancahua St. Suite # 401, Corpus Christi, Tx. 78401. I wish To Assert That Mr. Flores Has Made Contact with Me Since The Filing of This Petition, And Has Assured Me That He will come To the Coastal Bend Detention Center, To Go over Any objections That I might Have with The P.S.I. And Has Informed Me That He is Still My Legal Representation. Again, Please File This into Court Record, And Issue Service To The Hon. Judge Ramos, And To Mr. Flores, on This The 29th Day of December, 2011.

Resp. Submitted,

s/ Jose Antonio Iruegas Valdez
Defendants Signature

Jose Antonio IRUEGAS-Valdez
#81107033G - G-"3"-Seg.
P.O. Box 1367
Rosstown, Tx. 78380

"Legal Mail"

Clerk of Court
U.S. District Court
Southern Dist. of Texas
Corpus Christi Division
800 N. Shoreline Dro.
Corpus Christi, Tx. 78401

United States Courts
Southern District of Texas
FILED

JAN 0 4 2012

David J. Bradley, Clerk of Court

"Legal Mail"